IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| RICHARD CRAIG GALLIEN and HARRY PETER GALLIEN, JR., | ) ) ) | |
| Plaintiffs, | ) ) ) | CASE NO. CV408-037 |
| v. | ) ) | |
| STEVE MENGES, JOE LONG, Postal Inspector, AND LIBERTY COUNTY DRUG TASK FORCE, | ) ) ) ) | |
| Defendants. | ) ) | |

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. The Court **ADOPTS** as its opinion the Report and Recommendation of the Magistrate Judge and **DISMISSES** Plaintiffs' case without prejudice. The **Clerk of Court** is **DIRECTED** to close this case.[1]

SO ORDERED this 16th day of January, 2009.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiffs' Motion to Continue Action, Discovery Process and Set Matter for Trial is **DISMISSED AS MOOT**.